FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2021

No. 04-19-00743-CV

John David **HODGES**,
Appellant

v.

Isabel **HODGES**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-18089
Honorable Mary Lou Alvarez, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. Time is extended to April 13, 2021. No further extensions absent extraordinary circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court